IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, LTD., RANBAXY INC. and RANBAXY PHARMACEUTICALS INC.,<br><br>Defendants. | C.A. No. 14-1386 (RGA) |

**PARTIAL JUDGMENT**

Plaintiff Endo Pharmaceuticals Inc. and Defendants Sun Pharmaceutical Industries, Ltd., Ranbaxy Inc., and Ranbaxy Pharmaceuticals Inc. (collectively, "Sun"), having consented to entry of this partial judgment in a stipulation and order entered by the Court, on the basis of the Court's Order in *Endo Pharmaceuticals Inc. v. Actavis Inc.*, No. 14-1381-RGA (D.I. 67), IT IS HEREBY FOUND and DECLARED that:

1. The claims of U.S. Patent No. 8,808,737 ("the '737 patent") are invalid under 35 U.S.C. § 101; and

2. Endo's claims against Sun for infringement of the '737 patent (Counts I, II, V and VI of the Complaint) are dismissed.

This Judgment shall become final on the date of entry of an order or judgment in this action resolving the parties' claims and defenses concerning U.S. Patent No. 8,871,779.

Dated: February 5, 2016

RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE