# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SUN PHARMACEUTICAL INDUSTRIES, LTD., RANBAXY INC. and RANBAXY PHARMACEUTICALS INC., | ) ) ) ) |
| Defendants. | ) ) |

C. A. No. 14-1386-RGA

## STIPULATION AND ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

On this day, pursuant to the letter to the Court dated August 30, 2018 and for the reasons set forth therein, Plaintiffs and Counter-Defendants Endo Pharmaceuticals Inc. and Mallinckrodt LLC and Defendants and Counter-Claimants Sun Pharmaceutical Industries, Ltd., Ranbaxy Inc. and Ranbaxy Pharmaceuticals Inc. (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

1. All claims and counterclaims in the above-captioned action are dismissed without prejudice, with all attorneys' fees, costs of court and expenses being borne by each party incurring the same.

2. Paragraphs 2 and 3 of the Stipulation and Order entered in this matter on February 18, 2016 (D.I. 95) shall remain in full force and effect.

3. Nothing herein is intended to or shall have any impact on any claims, defenses or counterclaims asserted by Plaintiffs or Defendants in any other actions between them or in any

other actions involving the patents-in-suit. Nothing herein is intended to or shall have any preclusive effect in any other actions. The partial judgment of invalidity of U.S. Patent No. 8,808,737 (*see* D.I. 91 and 92) shall be vacated upon entry of this Stipulation and Order by the Court.

| | |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Jason J. Rawnsley* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Stephen J. Kraftschik (#5623) | Jason J. Rawnsley (#5379) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1201 N. Market Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| skraftschik@mnat.com | rawnsley@rlf.com |
| *Attorneys for Plaintiffs and Counter Defendants* | *Attorneys for Defendants and Counter Claimants* |

Dated: August 30, 2018

SO ORDERED this _____ day of _____, 2018.

_____
Honorable Richard G. Andrews